*Riggs* objected. He produced an agreement which had been tendered by plaintiffs to the defendant, and was refused. This he contended would, if accepted, have anfwered the fame purpofe as an exact compliance with the Rule, and ought to have been received; and that the defendants, after refufing that offer, were not entitled to take the effect of the prefent application.

*Per Cur.* The *Englifh confolidation Rule* is the one the Court mean to infift on, and they will not permit the plaintiffs to prefcribe to them any other.

Let the defendant take the effect of his motion.

The plaintiffs then applied for a Rule to examine witneffes, *de bene effe*, in the one caufe which ftood open for trial; but the Court refufed it, obferving, that they were entitled to no indulgence, till they had firft acceded to the terms already required.

## Card *ads*. Fitzroy and others.

*Ejectment.* MOTION for judgment as in cafes of nonfuit, for not proceeding to trial, on the ufual affidavit; but no copy had been ferved on the oppofite party.

*Per Cur.* It is a Rule of practice without exception, that whenever a fpecial motion is to be made founded on affidavit, a copy of fuch affidavit muft

be regularly ferved on the oppofite party. The defendant takes nothing by his motion.

## Gillet *ads*. Wilde.

Motion for like judgment for like caufe.

*P*ER *Cur.*    A defendant is not entitled to this judgment for the firft default, provided the plaintiff will ftipulate to bring the caufe to trial at the fucceeding Circuit : but if the plaintiff can fufficiently account for the default, he will not be required even to ftipulate.    And in all cafes the defendant muft make this motion the next term after the default, or he will be deemed to have waived his claim to the ftipulation.

## Herring *v*. Tylee.

*A*TTACHMENT againft the Sheriff.    He had anfwered the Interrogatories, and it was now moved to *amend* them, the Amendment not being as to any *new* Matter, but only thereby to obtain a more *full* Anfwer to the Matters already contained in them.    Motion allowed.          B.

## Williams *ads*. Bates.

*P*ROCEEDINGS under the Act of the 13th Feb. 1789, for the Relief of Debtors with Refpect to the Imprifonment of their Perfons.